Kimberly R. PHIPPS, Respondent,

v.

MOBERLY HOUSING AUTHORITY, Appellant.

No. WD 53574.

Missouri Court of Appeals, Western District.

Dec. 9, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 1998.

Application for Transfer Denied Feb. 24, 1998.

Kenneth J. Heinz, Curtis, Oetting, Heinz, Garrett & Soule, Clayton, for appellant.

Scott Templeton, Oswald & Cottey, Kirksville, for respondent.

Before BERREY, P.J., and ELLIS and EDWIN H. SMITH, JJ.

*ORDER*

PER CURIAM:

The Moberly Housing Authority appeals from a judgment in the Circuit Court of Randolph County imposing liability on it for injuries sustained by Kimberly Phipps when she fell down an elevator pit located in a building owned by the Housing Authority. The jury assessed damages at $20,000 and assigned 50% fault to the Housing Authority and 50% to Phipps. Accordingly, the trial court entered judgment against the Housing Authority for $10,000. Perceiving no juris-

prudential value in a published opinion, we enter this summary order. The parties have been provided with a memorandum opinion explaining our decision.

The judgment is affirmed. Rule 84.16(b).